## LILBURN vs. JOINT SCHOOL DISTRICT No. 14.

*School district.—Power to tax for "incidental purposes."*

A school district tax "for incidental purposes" *held* valid as an exercise of the power granted by Laws of 1863, ch. 155, sec. 19, subd. 5, to raise a tax to keep the school-house in repair and furnish it with the necessary appendages.

APPEAL from the Circuit Court for *Rock* County. Action to recover moneys which the plaintiff had been compelled to pay as a school district tax. At an annual meeting of the defendant district, it was voted to raise taxes as follows : " For teachers' wages, $466 ; for fuel, $80 ; *for incidental expenses*, $25 ; for bell for school house, $50 ; for well, $25." The plaintiff claimed that the tax was illegal; and appealed from a judgment of nonsuit.\*

---

\* Ch. 155, Laws of 1863, sec. 19, subd. 5, provides that the inhabitants qualified by law to vote at a school district meeting, shall have, at their annual meeting, power " to vote such tax    *    *    as the meeting shall deem sufficient to purchase or lease a suitable site for a school-house, to build, hire, or purchase such school-house, *and to keep in repair and furnish the same with the necessary fuel and appendages.*"   The amount which may be raised for these purposes in any one year is limited (except in a certain contingency) to $500.   Other taxes for specified purposes, including one for " teachers' wages," are also authorized by other subdivisions of the same section ; but these are not important here.                REP.

Wis. xxvi—74

*Conger & Sloan,* for appellant.
*Williams & Sale,* for respondent.

PAINE, J.    This case presents the single question whether a valid school district tax can be raised under the head of "incidental expenses."    The precise question was decided by this court, in the case of *The State ex rel. School District No. 2 v. Charles Wolfrom, Town Clerk, etc.,* 25 Wis. 468.    For the reasons there given the judgment must be affirmed.

*By the Court.*—Judgment affirmed.